```
                              FILED
                         CLERK, U.S. DISTRICT COURT
                              10/11/2022
                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: ____VAV____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>ANTHONY REY HERRERA,<br>  aka "Sonny Saint Laurent,"<br><br>             Defendant. | CR 2:22-cr-00467-DSF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)]

On or about March 26, 2020, in Santa Barbara County, within the Central District of California, defendant ANTHONY REY HERRERA, also known as "Sonny Saint Laurent," knowingly and intentionally

//

//

//

//

//

distributed at least five grams, that is, approximately 27.6 grams, of methamphetamine, a Schedule II controlled substance.

                                             A TRUE BILL

                                                     /S/
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

LINDSEY GREER DOTSON
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

J. JAMARI BUXTON
Assistant United States Attorney
Public Corruption and Civil
Rights Section